AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

JEUNESSE GLOBAL HOLDINGS, LLC, a Florida Limited Liability Company

*Plaintiff(s)*

v.

VIVANTE, INC., a Massachusetts Corporation, VITALIY POTSELUEV, an Individual, and DOES 1-10, inclusive

*Defendant(s)*

Civil Action No. 6:17-cv-1061-Orl-41-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VITALIY POTSELUEV
10 Williams
Suite 53
Watertown, MA 02472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christina Bredahl Gierke, Esq.,
Cole, Scott & Kissane, P.A.,
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, FL 32810,
(321) 972-0025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/9/17

*Signature of Clerk or Deputy Clerk*