UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEUNESSE GLOBAL HOLDINGS, LLC,**

    **Plaintiff,**

v.        Case No: 6:17-cv-1061-Orl-41TBS

**VIVANTE, INC., VITALIY POTSELUEV and DOES 1-10,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 24). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 25), in which he recommends that the motion be denied.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 24) is **DENIED without prejudice**.

3. **On or before July 13, 2018**, Plaintiff shall file a status report, notifying the Court as to whether the Doe Defendants have been identified and served and, if not, whether Plaintiff intends to dismiss the Doe Defendants.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2018.



Copies furnished to:

Counsel of Record