UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEUNESSE GLOBAL HOLDINGS, LLC,**

       **Plaintiff,**

v.                                       Case No: 6:17-cv-1061-Orl-41TBS

**VIVANTE, INC. and VITALIY POTSELUEV,**

       **Defendants.**

                                     /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Renewed Motion for Default Judgment Against Defendants, Vivante, Inc. and Vitaliy Potseluev ("Motion," Doc. 38). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 39), recommending that the Motion be granted. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFRIMED** and made a part of this Order.

2. Plaintiff's Renewed Motion for Default Judgment Against Defendants, Vivante, Inc. and Vitaliy Potseluev (Doc. 38) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $24,077.91 and thereafter close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2019.



Copies furnished to:

Counsel of Record